The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON, DAWNTE, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY, KING COUNTY ADULT CORRECTIONS, and KING COUNTY CORRECTION OFFICER D. ECHOLS, KING COUNTY CORRECTION OFFICER RICHMOND, SERGEANT EDMONDS, JOHN DIAZ, OTHER EMPLOYEES, and or OFFICIALS and JOHN DOE 1-30), as EMPLOYEES) and IN THEIR INDIVIDUAL CAPACITIES.) and as, <br><br> Defendants. | No. 2:23-CV-00569-JNW <br><br> STIPULATION AND AGREED [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DATES <br><br> **Note on Motion Calendar: 1/10/24** |

COME NOW THE PARTIES, by and through their respective counsel, who jointly stipulate and agree as follows:

1. On June 28, 2023, the Court issued an order Setting Trial Date and Related Dates, Dkt. # 15.

2. The Parties are engaged in written discovery. However, counsel for Mr. Jackson was out of the office sick for a couple weeks, and there is still pending a protective order and medical disclosure before discovery can continue, and depositions can be scheduled. Due to these issues, the parties anticipate needing more time to finalize discovery.

STIPULATION AND AGREED [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DATES – 1 (2:23-CV-00569)

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, 6th Floor
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

3. In order to ensure the Parties' completion of discovery, the Parties therefore stipulate to a one hundred and twenty (120) day continue of the trial date and related dates, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery completed by | January 12, 2024 | May 13, 2024 |
| All dispositive motions and motions challenging expert witness testimony be filed by (see LCR 7(d)) | February 12, 2024 | June 13, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | April 11, 2024 | August 12, 2024 |
| All motions in limine must be filed by (see LCR 7(d)) | May 1, 2024 | September 3, 2024 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | May 2, 2024 | September 3, 2024 |
| Agreed pretrial order due | May 20, 2024 | September 19, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | May 28, 2024 | September 30, 2024 |
| Pretrial conference | June 3, 2024 | October 9, 2024 |
| Trial date | June 10, 2024 | October 15, 2024 |

4. Based upon the stipulation and agreements set forth above, the Parties stipulate to the filing of the proposed Agreed Order below.

IT IS SO STIPULATED this 10th day of January, 2024:

LEESA MANION
King County Prosecuting Attorney

By: /s/ Santiago Viola Villanueva
Santiago Viola Villanueva, WSBA No. 54071
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, 6th Floor
Seattle, Washington 98104
sviolavillanueva@kingcounty.gov
Attorney for Defendants

STIPULATION AND AGREED [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DATES – 2 (2:23-CV-00569)

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, 6th Floor
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1
2
3  LAW OFFICES OF OSCAR DESPER III
4
5  By: *s/Oscar E. Desper III*
   Oscar E. Desper III, WSBA No. 18012
6  1420 Fifth Avenue, Suite 2200
   Seattle, Washington  98101
7  odesper@gmail.com
8  Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND AGREED [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DATES – 3 (2:23-CV-00569)

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, 6th Floor
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

## AGREED ORDER

Pursuant to the Stipulation above, Fed. Civ. R. Procedures 16(b)(4), and LCR 16(b)(6), the Court hereby finds good cause to continue the trial date and related dates in this matter and orders that the trial date and related dates be reset as agreed by the Parties.

DONE this 16th day of January, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

LEESA MANION
King County Prosecuting Attorney

By: /s/ Santiago Viola Villanueva
Santiago Viola Villanueva, WSBA No. 54071
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, 6th Floor
Seattle, Washington 98104
sviolavillanueva@kingcounty.gov
Attorney for Defendants

Approved as to form; Notice of Presentation waived:

LAW OFFICES OF OSCAR DESPER III

By: s/Oscar E. Desper III
Oscar E. Desper III, WSBA No. 18012
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
odesper@gmail.com
Attorney for Plaintiff

STIPULATION AND AGREED [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DATES – 4 (2:23-CV-00569)

Leesa Manion (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, 6th Floor
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191