The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON, DAWNTE,<br><br>                Plaintiff,<br><br>vs.<br><br>KING COUNTY, KING COUNTY ADULT CORRECTIONS, and KING COUNTY CORRECTION OFFICER D. ECHOLS, KING COUNTY CORRECTION OFFICER RICHMOND, SERGEANT EDMONDS, JOHN DIAZ, OTHER EMPLOYEES, and or OFFICIALS and JOHN DOE 1-30), as EMPLOYEES) and IN THEIR INDIVIDUAL CAPACITIES.) and as,<br><br>                Defendants. | No. 2:23-CV-00569<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

    This matter having come on regularly for hearing on the parties' Joint Motion to Dismiss, and the Court having reviewed said motion, and being otherwise fully advised,

    NOW, THEREFORE, it is hereby ORDERED that the parties' Joint Motion to Dismiss is GRANTED and this matter is hereby DISMISSED WITHOUT PREJUDICE

/ /

/ /

ORDER GRANTING JOINT MOTION TO DISMISS
(2:23-CV-00569) - 1

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

DONE this 9th day of September, 2024.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

Presented By:

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/Santiago Viola Villanueva*
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120 | Fax: (206) 296-0191
Email: sviolavillanueva@kingcounty.gov


LAW OFFICES OF OSCAR DESPER

By: *s/Oscar Desper*
OSCAR DESPER, WSBA #18012
Law Offices of Oscar Desper
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 521-5977
Email: odesper@gmail.com

ORDER GRANTING JOINT MOTION TO DISMISS
(2:23-CV-00569) - 2

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191